AO 442 (Rev. 11/11) Arrest Warrant

United States District Court
District of Connecticut
FILED AT HARTFORD
October 10 ,2025
By R. Mayer
Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

United States of America
v.
COREY LEWIS

*Defendant*

Case No. 3:25MJ 962 (RAR)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* COREY LEWIS ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) (Possession of a Firearm and Ammunition by a Convicted Felon), 18 U.S.C. § 922(j) (Possession of a Stolen Firearm), 18 U.S.C. § 933 (Firearms Trafficking), 21 U.S.C. § 841 (Possession with Intent to Distribute and Distribution of Controlled Substances) and 21 U.S.C. § 846 (Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances)

Date: 10/10/2025

[signature]
*Issuing officer's signature*

City and state: Hartford, Connecticut

Honorable Robert A. Richardson, U.S. Magistrate Judge
*Printed name and title*

## Return

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________ .

Date: ________

________
*Arresting officer's signature*

________
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: __________

Known aliases: __________

Last known residence: __________

Prior addresses to which defendant/offender may still have ties: __________

Last known employment: __________

Last known telephone numbers: __________

Place of birth: __________

Date of birth: __________

Social Security number: __________

Height: __________ Weight: __________

Sex: __________ Race: __________

Hair: __________ Eyes: __________

Scars, tattoos, other distinguishing marks: __________

History of violence, weapons, drug use: __________

Known family, friends, and other associates *(name, relation, address, phone number)*: __________

FBI number: __________

Complete description of auto: __________

Investigative agency and address: __________

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: __________

Date of last contact with pretrial services or probation officer *(if applicable)*: __________